# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand twenty-six.

---

Jane Doe,

Plaintiff - Appellant,

v.

Fashion Institute of Technology,

Defendant - Appellee.

---

**ORDER**

Docket No. 25-1761

The Louis D. Brandeis Center for Human Rights Under Law moves for leave to file an amicus brief.

IT IS HEREBY ORDERED that the motion is DENIED as moot in light of the Court's mandate issued August 5, 2026.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court